UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL SMITH,                          :

                  Plaintiff,          :          26-CV-3263 (VSB) (RWL)

         - against -                  :

                      :          **ORDER**

MYKHAYLO ZHAKUT, ET AL.,                :

                Defendant.      :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant removed this case to federal court on April 21, 2026.  Plaintiff has not yet appeared.  Accordingly, Plaintiff is directed to file an appearance by **May 19, 2026**.

Defendant is directed to email a copy of this Order to Plaintiff's counsel by **May 13, 2026**.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2026
      New York, New York

Copies transmitted this date to all counsel of record.